IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRAINE L., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 24-6399 |

**ORDER**

AND NOW, this 29th day of August 2025, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall consider the effect of Plaintiff's mild mental limitations on her RFC and her ability to perform her past relevant work.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge